IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HENG SWEE LIM,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:23-cv-15129

Judge Manish S. Shah

Magistrate Judge Maria Valdez

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 44 | zhaidonghong |
| 99 | Amidoudou |
| 89 | Ogeby Cards |
| 76 | BAYUFS |
| 52 | Shylapi Direct Store |
| 20 | HeJinShiQingJianXiaoXiBaiHuoDian |
| 67 | taiyuanshiwanbailinqulisisiriyongbaihuodian |
| 50 | hongshengfa |
| 90 | mujiaoyan |
| 45 | Mushandianzi |
| 3 | Amiley |
| 23 | iYYVV(7-15 days delivery) |
| 109 | LiDingKeJi |
| 68 | Doofiary HaGufon |
| 85 | Linary1994 |
| 97 | Soul Grocery |
| 43 | Lofaris Welkin |
| 104 | Personalized Towel |
| 106 | YanNanKe Store |
| 107 | Farmelov Store |

| 91 | sanshishangdian |
|---|---|

DATED: November 27, 2023

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 27, 2023 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                */s/ Keith A. Vogt*
                                                Keith A. Vogt